IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cr-30068-MJR |
| RYAN STOCKER CARR, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

**REAGAN, Chief Judge:**

On April 20, 2017, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Carr waived indictment and entered a guilty plea to a one-count information charging violation of 18 U.S.C. 1349, conspiracy to commit wire fraud. A written plea agreement was executed (*see* Doc. 7), as was a stipulation of facts (*see* Doc. 9).

By Report and Recommendation docketed April 20, 2017 (Doc. 11), Magistrate Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and proceed to sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline (May 8, 2017) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 11), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offense set forth in the information to which he pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. The Court **CONFIRMS** that sentencing shall proceed at **10:00 a.m. on July 21, 2017.**

IT IS SO ORDERED.

DATED: May 11, 2017

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court