# IN THE UNITED STATES DISTRCT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 17-CR-30068-NJR-01 |
| RYAN STOCKER CARR, | |
| Defendant. | |

# ORDER AMENDING CONDITIONS OF RELEASE

**ROSENSTENGEL, Chief Judge:**

Defendant was released on a Personal Recognizance Order dated April 20, 2017 (Doc. 10). At the request of the United States Probation Office, defendant shall continue on his Personal Recognizance Bond, with the following conditions added:

Defendant shall:

1. Report to and be supervised by U.S. Probation/Pretrial Services Office as directed.

2. Refrain from any use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

3. Not be present in any location where any illegal substance is being manufactured, used, or sold.

4. Submit to testing for a prohibited substance if required by the U.S. Probation/Pretrial Services Office. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, or attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

5. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed necessary.

**IT IS SO ORDERED.**

**Dated: June 18, 2019**

_____
**NANCY J. ROSENSTENGEL
Chief U.S. District Judge**